IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON FULGHAM,  No. 2:03-cv-1714-MCE-KJM-P

    Petitioner,

  v.  ORDER

CHERYL PLILER, Warden,

    Respondent.
_____/

    Petitioner, a state prisoner proceeding pro se, has timely filed a Notice of Appeal of this Court's March 21, 2006 denial of his Application for a Writ of Habeas Corpus. Before Petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

///

///

1

1 The certificate of appealability must "indicate which specific
2 issue or issues satisfy" the requirement. 28 U.S.C.
3 § 2253(c)(3).
4     A certificate of appealability should be granted for any
5 issue that petitioner can demonstrate is "'debatable among
6 jurists of reason,'" could be resolved differently by a different
7 court, or is "'adequate to deserve encouragement to proceed
8 further.'" <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir.
9 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]
10    Petitioner has made a substantial showing of the denial of a
11 constitutional right in the following issue(s) presented in the
12 instant Petition: whether Petitioner's rights were violated when
13 the trial court removed Juror No. 11 for refusing to deliberate.
14    Accordingly, IT IS HEREBY ORDERED that a Certificate of
15 Appealability is issued in the present action.
16 DATED: August 14, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.

2